**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFLCIO and AMERICAN
FEDERATION OF STATE, COUNTY,
AND MUNICIPAL EMPLOYEES Council
31,

      Plaintiffs,

v.

RUSSELL VOUGHT, in his official
capacity as Director of the Office of
Management and Budget, *et al.*,

      Defendants.

No. 26-cv-2656

## DEFENDANTS' MOTION TO TRANSFER AND STAY FURTHER PROCEEDINGS

For the reasons described in the accompanying memorandum of law, Defendants respectfully move this Court to transfer this case to the Court of Federal Claims pursuant to 28 U.S.C. § 1631, and stay further proceedings in this case pursuant to 28 U.S.C. § 1292(d)(4)(B).

Dated: March 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

*/s/ Pardis Gheibi*

1

PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov
*Attorneys for Federal Defendants*

*Counsel for Defendants*