**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO *et al.*, <br><br>     *Plaintiffs*, <br><br>     v. <br><br> RUSSELL VOUGHT, in his official capacity as Director of the Office of Management & Budget, *et al.*, <br><br>     *Defendants*. | Case No. 26-cv-2656 <br> Honorable Judge John F. Kness |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
**AND STAY UNDER 5 U.S.C. § 705**

For the reasons outlined in the accompanying memorandum of law, Plaintiffs American Federation of State, County, and Municipal Employees, AFL-CIO and American Federation of State, County, and Municipal Employees Council 31 (collectively "AFSCME") respectfully ask this Court to grant a preliminary injunction enjoining Defendants U.S. Centers for Disease Control and Prevention ("CDC"), the U.S. Department of Health and Human Services ("HHS"), and the Office of Management and Budget ("OMB"), and their officers from implementing an OMB directive that commanded federal agencies to cut, terminate, or otherwise withhold funding to Illinois, California, Colorado, and Minnesota, as well as the CDC's announcement of its plans to terminate numerous public health grants to those states in accordance with that directive. Plaintiffs also respectfully ask this Court to stay these actions pursuant to 5 U.S.C. § 705.

Counsel for Plaintiffs contacted counsel for Defendants via email for Defendants' position in this motion and a potential briefing schedule but received no response. Plaintiffs will separately file a statement describing Plaintiffs' proposed briefing schedule on the docket.

Date: March 25, 2026

/s/ *Joel McElvain*

Joel McElvain (DC Bar No. 448431)
Shiva Kooragayala (IL Bar No. 6336195)
Kristen Miller (DC Bar No. 229627)*
Cortney Robinson Henderson (DC Bar No. 1656074)*
Yenisey Rodríguez (D.C. Bar No. 1600574)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 297-4810
jmcelvain@democracyforwward.org
skooragayala@democracyforward.org
consultantkmiller@democracyforward.org
crhenderson@democracyforward.org
yrodriguez@democracyforward.org

Matthew Blumin (DC Bar No. 1007008)*
Georgina Yeomans (DC Bar No. 1510777)*
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO (AFSCME)
1625 L Street NW
Washington, DC 20036
(202) 775-5900
MBlumin@afscme.org
GYeomans@afscme.org

***Counsel for All Plaintiffs***

*\*Admitted Pro Hac Vice*