AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of Illinois

<table>
<tr><td>

AMERICAN FEDERATION OF STATE, COUNTY,<br>
AND MUNICIPAL EMPLOYEES, AFLCIO and<br>
AMERICAN FEDERATION OF STATE, COUNTY,<br>
AND MUNICIPAL EMPLOYEES Council 31,<br>
<br>
*Plaintiff(s)*<br>
v.<br>
RUSSELL VOUGHT, in his official capacity as<br>
Director of the Office of Management and Budget, et<br>
al.<br>
<br>
*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No. 26-cv-2656

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.,
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shiva Kooragayala
Democracy Forward Foundation
P.O. Box 34553,
Washington, D.C. 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: March 10, 2026





AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S Department of Health and Human Services

was received by me on *(date)*  03/10/2026  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by mailing a copy of the documents listed herein to U.S. Department of Health and Human Services at 200 Independence Avenue SW, Washington, DC 20201 on 3/10/26 via United States Postal Service, Priority Mail, Certified Mail, Return Receipt Requested. Article/Tracking Number: 9589 0710 5270 2658 0246 02. Return Receipt signed on 03/13/26. See attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/27/2026

*Rodney Dowty*
*Server's signature*

Rodney Dowty, Nationwide Manager
*Printed name and title*

823-C South King St, Leesburg, VA 20176
*Server's address*

Additional information regarding attempted service, etc:

**Return of Service**

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**

American Federation of State, County, and Municipal                        Case Number: 26-CV-2656
Employees; et al.
   Plaintiff

vs.

Russell Vought, in his official capacity as Director of
the Office of Management & Budget; et al.
   Defendant


On behalf of:
Democracy Forward
P.O. Box 34553
Washington, DC 20043


Received by Cavalier to be served on U.S. Department of Health and Human Services at 200 Independence Avenue SW, Washington, DC 20201.

I, Rodney Dowty, being duly sworn, depose and say that on March 10, 2026 at or about 4:31 PM mailed Summons in a Civil Action; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief to U.S. Department of Health and Human Services at U.S. Department of Health and Human Services, 200 Independence Avenue SW, Washington, DC 20201.

On 03/10/2026 at 4:31pm, I completed service via USPS Certified Mail (#9589 0710 5270 2658 0246 02). Per USPS, the packet was delivered on 03/13/2026 at 9:25am. See attached.


I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.


_Rodney Dowty_   03/27/26
Rodney Dowty                      Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2026-158380



SENDER: **COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel of DHS
200 Independence Ave SW
Washington DC 20201

9590 9402 9778 5266 2281 01

2. Article Number (Transfer from service label)

9589 0710 5270 2658 0246 02

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 3/13/27

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ Mail Restricted Delivery (00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



USPS TRACKING #

9590 9402 9778 5266 2281 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Cavalier
823-C  S. King St
Leesburg VA 20175